In the Matter of JOSEPH HUSSON, an Attorney.

(Argued May 30, 1882; decided June 6, 1882.)

*Theron G. Strong* for appellant.

*Amasa J. Parker* for respondent.

Agree to affirm on opinion below.
All concur, except MILLER and TRACY, JJ., absent.
Order affirmed.

---

JULIUS BINDRIM, Appellant, *v.* PHILIP BRAENDER et al., Respondents.

(Submitted May 31, 1882 ; decided June 6, 1882.)

*Rufus L. Scott* for appellant.

*Philip L. Wilson* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Judgment affirmed.

---

In the Matter of the Petition of SUSAN L. ROBERTS, Executrix, etc., to vacate an Assessment.

(Argued May 30, 1882 ; decided June 6, 1882.)

*James A. Deering* for appellant.

*J. A. Beall* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Order affirmed.